UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

HD

25 April 2025

Rcv'd by: _____

USDC- GREENBELT
'25 APR 25 PM 3:11

| | |
|---|---|
| Dr. Beverley M. Harris<br>9134 Piscataway Rd, Unit# 1658<br>Clinton, Maryland 20735<br>Plaintiff<br>v.<br><br>US Secretary of Defense,<br>US Army Secretary of Defense,<br>US Air Force Secretary of Defense<br>Defendant(s)<br>US ATTORNEY GENERAL,<br>US ATTORNEY FOR DISTRICT MD | )<br>)<br>)<br>) CASE # GLS 25CV1339<br>)<br>)<br>)<br>)<br>) In Forma Pauperis<br>)<br>)<br>) |

## PLAINTIFF SUES US SECRETARY OF DEFENSE, US ARMY SECRETARY OF DEFENSE, AND US AIR FORCE SECRETARY OF DEFENSE "DEPRIVATION OF RIGHTS UNDER COLOR LAW" ETC.

Plaintiff, Dr. Beverley M. Harris, a Disabled Military Veteran (United States Air Force) and retired US Army Civil Services GS-12, representing herself, *Pro Se (temporarily)*, brings legal actions against the following individuals:

**Defendants**:

- ➤ US Secretary of Defense, Pete Hegseth, 4000 Defense Pentagon, Washington DC 20301-4000

- ➤ US Secretary of the US Army, Daniel Driscoll, 111 Army Pentagon, Washington DC 20310-111

- ➤ US Secretary of the US Air Force, Gary A Ashworth, 1670 Air Force Pentagon,

- ➤ Washington DC  20530-1670

- ➤ US Attorney General, Pam Bondi, Main Justice Building, 10th and Constitution Avenue, Washington Dc 20530

- ➤ US Attorney for the District of Maryland, Kelly Haynes, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201 for:

1

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

Deprivation of Rights Under Color of Law, defamation, illegal arrests, etc., by members of military, US Army Commanders and non-uniform Security Police and uniform Security Police, US Air Force Security Forces Commanders and Security Police, and the Air Force Office of Special Investigation (OSI), in accordance with **TITLE 18, U.S.C. SECTION 242**, nationwide and internationally.

SPECIFIC CHARGES INCLUDE BUT NOT LIMITED TO:

(A). The United State Army and USAir Force intentionally committed criminal acts, against Plaintiff, as follows:

(1) illegally arrested Plaintiff, **twice** without cause, (Army, Ft. Meade, MD- 2023) and Air Force, JBA, 10-2024)

(2). Forcefully placed Plaintiff in retirement mode, without her knowledge/permission, denied her opportunity to and accept assignment to Sudia Arabia (2010). Did not pay her for 6-months' vacation time and defamed her character. (US Army Commanders-Kuwait – 2009

**PLAINTIFF BELIEVES THE HATEFUL ACTION BY THE US ARMY AND US AIR FORCE AGAINST HER STEMMED FROM THIS, FBI RETALIATION:**

(B). Plaintiff was US Army Civil Service- GS-12 member, working at Camp Arifijan Air Base, Middle East **(see EXHIBIT MI-1)** on a Top Security Special assignment, and working with the US Army Auditing Agency, located back in the US. Somehow, the FBI heard about the assignment, but apparently, was not aware of its details. So, the Agent (Gregori Micelli), working at that base, approached her and asked her to provide information (SPY) on that assignment, and she said "NO".

Meanwhile, Plaintiff was working on other areas of her assignment involving missing funds ($3 million) belonging to the Military Defense System Network (DSN) Squadron

2

in the US that was sent to Kuwait to be used for maintaining the lines. The Resource Manager (US Air Force Major Moore or Moose??) and two Commanders (89th Support Squadron Deputy Commander (Colonel Brian Cole) and DOL Squadron Commander (Colonel Cheryl Brady) apparently knew where the money was but did not provide the funds to the DSN maintenance staff. So, the maintenance team came to Plaintiff for assistance because she was also creating a Contracting Office at the Base, as part of her assignment that include the contracting activities and funding.

Plaintiff investigation showed that the Commanders and Resource Manager knew of the funds' where-about, so they made her their enemy, when she informed them of her findings, and they immediately teamed up with the FBI against her. First, they blocked her from further engagement with the Contracting Office she had created, placed her in a small closet they had clean out, and made her life a nightmare. **(see EXHIBIT MI-24A- - C)**. They tried to terminate her from the Army, but they realized they could not. When Plaintiff tried to leave Kuwait for an assignment in Saudi Arabia, they terminated that opening, **(see EXHIBIT MI- 2)** then placed her in retirement and 6 month's leave (without her knowledge/permission), the suddenly sent her back to the US within a few days **(see EXHIBIT MI-3)**.

Despite all the traumas that were occurring, Plaintiff was able to complete portion of her expected assignment for the US Army, which was to produce a document that could assist the various Commanders, during wartime operations, to acquire the required equipment, supplies, manpower, etc. needed. She wrote a Standard Operation Procedure (SOP)**(see EXHIBIT MI-4)**, outlining simple but very constructive procedure that any

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

one Commander could quickly perform without losing any of his/her regular duty time.

The document was called the Contract Coordination Cell (CCC) and was accepted by the

US Army for wartime use. In addition, to date it has been saving the Military Branches

millions of dollars, in wartime activities. Plaintiff has never been acknowledged for that

SOP, from anyone for the savings the Military has been gained from that CCC.

**(C). US Army, Ft Meade, Maryland, Arrested Plaintiff, without Cause:-**

- Plaintiff was illegally confined in 2023, by the US Army civilian Police at Ft Meade Army

Base, MD. She was staying at the privatized Hotel on the Post. As she went to her car that

morning, she discovered that it was badly gassed, and she was unable to get inside the car even

though she had some plants in the car. So, she went to the Post Civilian Police for help. They

called the Medical Team, to checked her for any problems and did and released her. Then,

suddenly, one of the Police (Officer Iberera) came rushing from his office and told Plaintiff

"you are going to talk to someone" Plaintiff asked "who" He stated "you have major problems"

she responded by saying "I will speak to people when I want to do so" Then, to her surprise,

Officer Iberera reached behind his back and pulled out a pair of HANDCUFFS and said "you

will go" Plaintiff was not going to fight with any police and be killed as she had heard of such

incidents before. Besides, no one knew where she was.  So, she followed them to their patrol

car and was placed in the "caged back seat" Plaintiff recall thinking, this is a dream and I will

wake up soon. Officer Iberera and another Officer did not tell her what is happening, where she

is going, or anything else, they just kept driving, while Plaintiff was crying. Plaintiff did not

know the area, but when they stopped at a very large building, she noticed that the signs said

Baltimore/Washington Medical Facility. Plaintiff was taken to the MD Psychiatric Center.

When she went inside the hospital, they took her purse and all her belongings, then she was

asked to remove her clothes and given a prison-like overall and was held there overnight, in prison type cell, listening to people screaming, all night. Plaintiff was too numbed to scream, so she cried all night. Four doctors came by to see her and asked, "why are you her. She said that she was not sure to ask Officer Iberera. One of the doctors, recognized her name, and asked if Plaintiff was a Professor with University of Maryland, Global and Plaintiff said yes. Then the doctor said "do you have someone at home to come and get you now? Plaintiff said, "no because no one knows I am here". The next morning, Plaintiff the Police Officers to took her back to the Ft Meade Post, where my car was still parked, with all windows rolled down. Plaintiff left Ft Meade and went back to JBA.

- Then in October 2024, she went back to Ft Meade, for the first time since she was illegally arrested by Officer Iberera, she was treated with total disrespect after Security Police scanning her Base entry card. Plaintiff was told by one of the Bolling Security Force Officers that "it's not good". Anyway, the Army officer looked at Plaintiff's card and said, "get to hell out of here" Plaintiff did not wait to ask why is she being treated like a dog, she just left and have no further plans to go back to Ft. Meade or JBA.


## What the FBI has Done to Plaintiff because she Preserved and Protected the privacy of the US Army by not providing her assignment(s) to the FBI

(C). The Retaliation continues to date. It includes violation of Plaintiff's Constitutional Rights and rights under 42 U.S.C. § 1983, 1985, 1986, 12203, violation of 28 U.S.C, and supplemental state claim actionable under Texas Civil Code, Tex Trans. Code § 521.032 (c) (2007 S.B. 11 F) State Privacy Law; and United Nations International Charter, Articles 5, 7, and 15.

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

- The FBI's first conspiracy to illegally implant devices in Plaintiff's body began with the KBR, Inc. company's management in Iraq, Middle East in January – July 2009, and continued with Dr. Stefan Gress, a Munich Germany Dermatologist on 24 June 2014, as follows: The FBI,

- Conspired and arranged with KBR, Inc and Dr. Garland Gossett, Primary Physician at St Joseph Hospital, Houston Texas to illegally implanted a "tracking" device in her right leg (**EXHIBIT MI -5**)[1]; under the false pretense of performing a colonoscopy test. This illegal device provides the FBI the opportunity to track her 24/7 anywhere, worldwide, which is what they did when they followed her to Munich Germany.

- Conspired and arranged with Dr. Stefan Gress, Dermatologist, Munich Germany to illegally implant 5[2] devices (**EXHIBIT MI-6)** into Plaintiff's head; (1) a torture coil attached to a Capacitor, lethal device capable of killing her instantly with electrical stimulation, and they have been trying to kill her 24/7. Dr. Gress also illegally implanted a device in her left eye. This device provides FBI the ability to see any and everything Plaintiff sees. But that was not enough, the FBI also implanted a device in her right ear and that implant provides the FBI the opportunity to hear everything she hears. These devices are still in Plaintiff body, but her research of these devices provide the information she needs to block these RADI FREQUENY (RF) signals.

Plaintiff's research shows that **"THE FBI ILLEGALLY IMPLANTED DEVICES BELONG TO THE DEPT OF DEFENSE, SPECIFICALLY "THE US ARMY WHO IS FUNDING THE TESTING OF THESE DEVICES FOR WARTIME USE".**

**How these devices work: (EXHIBIT A & B)**  …

---

[1] All Appendix is available upon request.
[2]

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

- **Wireless Body Area Network (WBAN), a system of multiple implantable electronic sensors which relay the electronic signals of the body, including brainwaves, to remote computers… The WBAN is a two-way radio system which can send radio frequencies to an implant system to ask it (called a "query") to send back recorded biological activity… This allows person's electrical signals from their brain and body...which can interpret what a person is thinking, seeing, hearing and feeling, and can monitor the functions of their heart, lungs, liver, kidney and other organs and chemistry. The twoway system can also send frequencies to (1) stimulate nerves, muscles, and body organs to cause pain, vibrate, heat[3] up or die and (2) perform torture as if the person was being suffocate, choke, cramp, burned and electronically raped or (3) cause heart attacks and strokes. It can be used for health monitoring or depending on intentions of ser – torture and death";** *" (See EXHIBIT CitizenAHT@profonmail.com).....*

Such acts show the barbarous and inhumane extent to wish the FBI is willing to inflict pain on an innocent BLACK United State Citizen, without cause.

D). **The Hateful Roles the US Army, US Air Force and OSI acts against Plaintiff.**

**1). US Army:** illegally firing/unauthorized /forced retirement, defamation, blocked reassignment to Saudi Arabis, placed Plaintiff in "unpaid 6 months leave" and forced retirement mode without Plaintiff knowledge, 2011 in Kuwait, Middle East. **(See EXHIBIT-MI-1)**. illegal arrest and confinement (2023) Ft. Meade, Maryland, illegal barring from entering Base, Ft. Meade, Maryland (November 2024

---

[3] This is what is occurring to Plaintiff, is such immense way that she has to constantly taking excessive measures (cold bathe, drinking cold liquid, avoiding hot food and keeping the air condition running in her apartment), in order to keep her body temperature normal.

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

**2). US Air Force- Joint Base Andrew : OSI**, illegally recorded Plaintiff's face and voice, in their office at Joint Base Andrews, MD and provided it to the FBI who used it to create videos and added defaming statements, which made claims the Plaintiff confessed to being a child molester, prostitute, liar, crazy, and a terrorist; lies as this never happened. This video was presented to many individuals on and off the base. Such individuals included, but not limited, the Base Housing Office, Base Hotel, etc. Plaintiff, had received an email from hosing, saying, "we don't need your kind in our house" and the hotel's Assistant Manager, Megan sent Plaintiff an email saying, "you told me that you are a child molester" **(see EXHIBIT MI-6)**. That is a blatant lie, because., for one Plaintiff is not a child molester. But most important, Megan and Plaintiff have never had any conversation from the day Plaintiff came to the hotel, Megan would walk by her in-and-out of the hotel and Megan would look the opposite direction.

E). By **JBA-Command Security Force and Security Police, on 16 August 2024**.

- Plaintiff was severely being tortured, and experiencing extreme pains, by the FBI that night of the 15$^{th of}$ August, with the illegal implants that the FBI, with the help of a dermatologist, Munich Germany had illegally implanted in Plaintiff's head, on 24 June 2014 **(see EXHIBIT MI-7)**. She reached out to the JBA Security Police for assistance, since they were aware of the problems with the FBI injustice against Plaintiff and has always promptly come to help and protect Plaintiff, before the former Commander left in June 2024.  The prior Commanders, (Wing, Vice Wing and Security Force Commanders), were never involved but made sure Plaintiff was safe and protected while on the Base and allowed her to sleep in her car on the Base, temporarily.

**Plaintiff's illegal arrest by JBA Security Police Force, OSI, and FBI on 16 August 2024:**

-Then on Friday 16 August 2024, the ultimate abuse of power and support for the FBI occurred.

 Plaintiff was tortured all night Thursday, 15 August 2024 and that morning when she got up

from my car she was going "in and out" of consciousness and did call Joint Base Andrews Security Force for help.

- The Security Force sent 2 police to assist her, promptly, as they always do when the former Wing Commanders were in charge of the Base. However, this time something was different in the attitude of one of these Security Officers. The senior officers, Sgt. James, did not seem to be concern much about Plaintiff's condition as he spent most of the time in his car and on the phone speaking to someone. The other office stayed with her making sure she was OK and assisted her in preparing a statement (**See EXHIBIT MI-9**). As Plaintiff and the other Police Member completed her statement on the "Statement" document that is used as a policy of the Base Police Force. Suddenly, Sgt. James asked that Plaintiff "rewrite the last sheet (2nd sheet) **(see EXHIBIT MI-10)** because I have some questions to ask". Plaintiff complied with his request but did not know that he was going to "WRITE HIS QUESTIONS ON PLAINTIFF'S STATEMENT SHEET", which he did knowing that it was **NOT** a "question sheet" but a "statement sheet" by Plaintiff, only. Then he apparently called the Base Fire Dept. and a "CIA" **(he was not CIA, but FBI, he lied)** officer; for what, Plaintiff did not know.

- Then Plaintiff noticed a female and a well-dress male with the Sgt James, talking. The well-dress male came to the car where Plaintiff was waiting with the Security Police Officer. He introduced himself as "CIA" here at JBA with "Air Force-1". Then he began asking Plaintiff questions as if she is "crazy" (such questions as "are you hearing voices, etc.). Her response was "yes, I hear your voice" Then, as he walked away, he stated "I am going to have you sign some document". Plaintiff promptly said, "I am not signing anything."

- Later Sgt. James took Plaintiff to the office of the Base US AFOSI, again without any explanation. What happened next causes Plaintiff to start crying As Plaintiff exited the OSI

buildings Sgt. James told her "I am going to read you your Miranda-Rights". Then he told her, "I

AM GOING TO ARREST YOU". She asked him to repeat, and then she asked why? He stated

that Plaintiff had made "false statement" about the gassing device in her car. He stated that the

Fire Dept. checked it out and they could find nothing.

The FBI and Passport Nissan Dealer had illegal installed a deadly gassing device in the "trunk"

area of Plaintiff's car **(see EXHIBIT MI-11)** when she had to tow the car to the Dealership in

2023, when it would not start. Plaintiff did not make any FALSE STATEMENT to Sg.t James or

anyone. Her statement was clearly written and had nothing to do with the deadly device in her

car, but instead it was all about the TORTURING SHE HAD SUSTAINED ALL NIGHT on 15

August 2024.

- What happened next, was that Sgt. James did not care, he "HANDCUFFED" Plaintiff, arrested,

and placed her in his car and took her to his police station parking lot. It got worse. He had some

police ladies come outside in parking area and was removing bits and pieces of Plaintiff's clothes

(FRISKING), while the police flashing lights and the fire Truck light and siren was going off.

People driving by on the road, stopped to see Plaintiff being taken apart by police staff. SHE

WAS NEVER SO EMBARRASSED AND HUMILITAED IN HER LIFE. SHE HAS NEVER

THOUGHT THAT SHE WOULD EVER PLACE HANDCUFF ON HER HAND, BECAUSE

SHE HAS ALWAYS STRIVED TO LIVE A CLEAN AND HONEST LIFE; SOMETHING

SHE GAINED WHILE IN THE AIR FORCE **(see EXHIBIT MI-12 (DD-214)**

Plaintiff was placed in a "Holding Cell" in the Security Force administration building, without

any explanation, or what, how when, etc. She was locked away for more than 2 hours. Later, a

male police officer and 2 female officers opened the door and told Plaintiff that she could leave.

NO EXPLANATION AND/OR APOLOGY WAS GIVEN AS TO WHY SHE WAS ACCUSED

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

OF MAKING FALSE STATEMENT, WHEN SHE DID NOT AND WHY WAS SHE WAS

TREATED LIKE A CRIMINAL? NO ONE ANSWERED/RESPONDED. Plaintiff believes that

the real reasons for this illegal "arrest" were to benefit the FBI and to get control of the car. The

FBI had, and still is, making every effort to remove the GASSING DEVICE IN THE TRUNK

OF HER CAR AND TO GET PLAINTIFF IN THEIR CUSTODY.

-The Base Security Police team offered to take her back to her car which was left, in the

   Headquarters' parking lot. She refused their offer and walk back to her car. When she returned

   to the car, it was apparent that the fire department members and all others concerned, tore up the

   foil paper that had been covering the deadly gassing device, and blocking the FBI RF-signals.

   These pieces of foil papers were all over the trunk and inside of my car.  Plaintiff's car was

   searched inside and out without her knowledge/permission. The glove compartment was wide

   open, clothes and other items were spread all over the inside of the car. She, then planned to

   speak with the Security Commander about this unnecessary deprivation and abuse of her rights.

   Plaintiff clearly realized that the illegal arrest was a setup by the FBI to have the Base Security

   turn her over to their Custody. The Security Force should have realized that what they were

   doing to Plaintiff was illegal because Plaintiff is a CIVILIAN AND THEY LACK THE

   AUTHORITY TO ARREST HER FOR WHAT THEY CALL "FALSE STATEMENT" which

   itwas NOT the truth Besides, no one could prove that there was gas in the device. The Base Fire

   Dept. could not because they explained, to Plaintiff, several times, that they were not equipped

   tohandle these types of gasses (Tear, and Nerve, and Hydrogen Sulfide, etc.) which is what the

   FBI uses in Plaintiff's car device. The gassing device is still in the car, to date and causing

   Plaintiff breathing problems.

**F). Banned Plaintiff from JBA by 316 Security Force Commander, Falsified Memo**

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

-, On 20 October 2024, Plaintiff was banned from entering JBA by the 316th Security Force Commander. Plaintiff entered at the Main Front gate of Joint Base Andrews, as she always do. But then she was surrounded by three Security Officers, who placed a star-type blockage object in front of her car and handed her a one-page document and said, "you are banned from the base and not allowed to go any further". but never said the reason why. Plaintiff would later read the memo that said she had "call bomb threat on the base". She was speechless, as she knew that was an extreme lie that NEVER HAPPENED, and that the FBI and OSI were part of the plot to ban her from the base. They had tried to do so, by having the OSI present the people on the Base with the "cut-and-paste "video" that they claimed, Plaintiff made as a confession to child molestation and prostitution, ALL OF WHICH ARE LIES.

- It was less than 2 months after the prior Commanders, of the JBA left when the Security Force team, OSI and FBI arrested Plaintiff claiming that she had made false statement about "gassing" in the trunk of my car. There was and still is a gassing FBI device in Plaintiff's car.

After realizing that their arrest of a "Civilian" is illegal, the same team that had arrested Plaintiff, JBA Commander of Security Force, OSI, and FBI, decided it's to have Plaintiff banned from JBA, using that memo, that they created, and Plaintiff believes the Wing Commander, Colonel Oh, was not aware of this illegal action. It's Plaintiff's belief that the reason she was "banned" from the base. The Security Force Police now realized that Plaintiff could had reason(s) to pursue legal action against them for that illegal arrest. So, they made up the situation to ban her from the base.

- But what occurred seem to cause more problems, for them. As Plaintiff was responding to the banning, she noticed some illegalities in the way the memo was written, etc. First, there were no signature of anyone, specifically the 316th Wing Commander who has sole authority to ban

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

another from the base. Second, the document specified that Plaintiff would be banned for 3

years. That too made no sense, as Commanders' tour-of-duty last only 2 years, and the person

Plaintiff would be required to contact for future information, about being banned would be from

the 316 Wing Commander's office, not the Security Police "Report and Analyze: office, who has

no direct link to the 316 Wing Commander. But the most important and obvious problem was a

"stamp" that showed the name of the 316 Wing Commander was clearly a cheap STAMP from

Staple's local store, and not a US Government stamp. All it contained, was a date (15 Oct 2024)

and the name of the 316 Wind Commander. THE MEMO WAS CLEARLY FRADULENT

DOCUMENT. The typing, looked like it was done by a 2-year-old child, with "blank" areas,

misspelling, etc.

Plaintiff immediately tried to contact the Wing Commander's office, and she was blocked by the

FBI from using any of her 4 phones, and forwarded her call so she could not reach the 316 Wing

Commander's office. Plaintiff, even, tried contacting the name on the memo, Report and

Analyze Office, and explained what she found. The lady answering the phone, Mrs. Fletcher

response was "I will call you back" never heard from her to date.

- Then one morning, Plaintiff was met by the Security Force Base Commander for Joint Base

Anacostia Bolling, at the entrance to Bolling, approximately a month later and was threatened by

him saying, "am getting ready to ban you too if you don't stop telling people the document is

false". He claimed that his "counterpart at Joint Base Andrews" told him what Plaintiff was

doing and that she was staying at the Navy Lodge, there at Bolling. Since that day, Plaintiff have

not returned JBA and Bolling since 7 November2024, when she was also banned by the manager

at Navy Lodge, who illegally went into her bank account and stole $1396 (**see EXHIBIT MI-13**)

from her account. Plaintiff did inform the Bolling Security Commander, but he ignored her and

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

kept being rude to her. The Bolling Anacostia OSI Member, Office Revik C. Walker, is aware of the illegal taking of Plaintiff money by a Ms. Lee, manager of the Navy Lodge at Bolling Air Base, Washington DC. When Plaintiff had explained to Ms. Lee that the FBI had been releasing deadly gas to her room **(see EXHIBIT-MI-14),** she was upset and called me a liar. Then, Ms. Lee apparently contacted OSI officer Walker about Plaintiff complaint of FBI gassing of her room and that she wanted me out of the lodge. That night when Plaintiff returned the Navy Lodge, she was met by Officer Walker, and a Military Security Police. Plaintiff was told by Officer Walter that; "Plaintiff spoke with Ms. Lee and she wanted you out of here right away. But because you have made payment up until 7 November then you can stay, but must leave on the 7th", and Plaintiff did so.  Then on 7, and 8 November, after Plaintiff had already left the lodge, Ms. Lee went into Plaintiff's Andrews Federal Credit Union's bank account and removed the money **(SEE EXHIBIT MI-15).**

**G).  The idea that Plaintiff Protected the US Army's privacy and she is now treated like "American Most Wanted", by the MILITARY.**

- After that incident of being BANNED from JBA, and Navy Lodge, Plaintiff is now homeless and have no idea what to do without any money. FBI have been continuous depriving Plaintiff of employment, legal representation, etc. However, Plaintiff did receive some back pay from the Department of Veterans Affairs, for disability Compensation, and has been using that to stay at the Staybridge Hotel, Greenbelt Maryland. Plaintiff's money is ending, and she will be, again sleeping in her "gassed-saturated" car on the street.

**H).  FBI reached out to Plaintiff family member to help destroy evidence of the illegal BANNING to JBA by 316th Security Force Commander's Memo.**

- The FBI is doing everything necessary to cause Plaintiff's demise. They have even went to her family members and paid them to help deprive me of her right. Plaintiff had made arrangement to have her nephew, Wayne Harris, from Houston Texas, to visit her here in Maryland. After he arrived, Plaintiff decided to drive with him back to Texas and stay for the Christmas holiday and rent a place there. We left for Texas on 2 December 2024. Somewhere in the Caroline, Plaintiff was surprised to see one of the FBI Agent that she had seen on JBA, earlier'. The car followed us to one of the many "Truck Stops" as we were getting gas. There was evidence that the FBI was following us when Plaintiff received a phone call from her bank staff (Andrews Federal Credit Union AFCU). They were concerned that someone was making "strange" gas purchases. There were 6 charges, within a 5-hour period showing that Plaintiff had purchased gas in the amount, ranging from $106 -$199 at every gas fill-up. Plaintiff immediately informed that bank staff that she was driving a Nissan Rogue, and fill-up is no more than $35/tank. On arrival at the hotel in Houston, TX, Plaintiff's attaché case was missing. Her nephew's response to her discovering the missing attach case, was very surprising. He said, "you can't prove that the FBI took it" Plaintiff never said anything about anyone taking it. However, she would later understand why he said that. During the 2 weeks that we were together, Wayne was going into Plaintiff purse and luggage, where she kept her "flash-drives: and taking them out and giving to the FBI for money. When she reviewed the files on her "drive" many of the files were deleted **(see EXHIBIT MI-16**). The false banning memo that the Security Police Commander, at JBA had written to have Plaintiff banned, was deleted, the Court case that Judge from Newark Federal District Court in NJ was gone, and many more files. When Plaintiff confronted Wayne (via phone and texts), he very rude and hateful in his response. At no time did he apologize for stealing her flash-drive and destroying her documents **(see EXHIBIT MI-17)** . Plaintiff believes that he would have harm

her for the money the FBI paid him to get those. Plaintiff knows he received a lot of money from the FBI. Most importantly, the documents that the FBI deleted from her "drive" are government's evidence (JBA Commander Banning) that was falsely produced and will be needed during the Senate and Congress investigation against the FBI and others involved in. Fortunately, Plaintiff did give copies of these documents, immediately (JBA Commander's falsified memo) to the Senate and Congressional Judiciary Committee's staff in October 2024 when she was banned.

- This is the second time the FBI has used Plaintiff's family member to help them deprive her of her human rights by setting her up and stealing evidence. In 2018, after returning from Germany, Plaintiff oldest brother's wife had made temporary arrangement to stay with her sister, Pauline DaCosta, in New Jersey. Since she was having financial problem, Plaintiff decided to stay and paid her, until Plaintiff could find an apartment. FBI sent Pauline DaCosta to Jamaica West Indies on vacation, leaving Plaintiff alone in the house. Then the FBI and the family sent a 9-year-old family member that Plaintiff did not know, to try and set her up for child molestation (entrapment). Plaintiff promptly asked the child to leave the house, then she packed her belongings and left that house and never went back.

- From the beginning of Plaintiff's encounter with the FBI, she has lost all her family because of the FBI's retaliation. In fact, the FBI made sure they contact Plaintiff's family, themselves and, as always tells them that Plaintiff is "child molester, and prostitute", etc.: NONE IS TRUTUTHFULL.

Today, Plaintiff exist in this Country on her own. She has no family and or friends, at all. The FBI has her fully imprisoned (mentally and physically), with the surveillance, torturing, gassing,

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

and the travel restriction **(see EXHIBITMI- 23).**and their goal to cause her demise. That is a

plan to makes it easy for FBI to get her in their CUSTODY.

**I). Entrapment, by military members, active-duty and veterans on JBA:**

-The OSII along with the FBI seemed to be controlling every aspect of the BA, without the

knowledge of the Wing Commanders and entrapment of Plaintiff was their goal. There were

people with children everywhere Plaintiff goes Parents would take their kids to follow Plaintiff

in places such as the gym, the base exchange, Commissary, library, etc. One morning at 15

years old cashier at the dining facility approached Plaintiff hoping she would say something to

her. Plaintiff just got up from the table and left the facility. This goes on consistently all around

the base and is led by both the FBI and OSI as they share office space in the OSI office on the

base.

**J). Illegal Surveillance on JBA by the FBI**

The FBI keeps their eyes on Plaintiff, 24/7 on and off the Base. But in early 2024 there was an

AD in the Base paper seeking "Assistance Investigators". Plaintiff paid no attention to the AD

because she knew she could never obtain employment as long as there is an FBI Agency in this

Country. However, one thing Plaintiff noticed is people following her even  when she is in her

car in the Headquarters parking lot **(see EXHIBIT MI -18)**. Another obvious occurrence is the

flood of cars at the Base GYM, in the mornings which is when she goes to exercise and clean up

herself. It became obvious that Plaintiff was the target of the "Assistant Investigators". So, she

began to take photos the cars 'plate numbers. Over a period of 2 weeks, she had more than 149.

Copies were given to them US Congressional and Senate Judiciary Committee for her

Whistleblower Complaint against the FBI.

**K). OTHER DEPRIVATION OF RIGHTS UNDER COLOR OF LAW- FBI AND OSI**

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

- Deprivation of any type of communication (phone, emails, postal mail, etc.)  FBI: **BLOCKED ALL INCOMING COMMUNICATION EVEN FROM THE US PRESIDENT, TRUMP. THE PRESIDENT**, MEMBERS OF HIS FAMILY, AND OTHER REPUBLICAN CANDIDATES, HAS BEEN TRYING TO COMMUNICATE WITH PLAINTIFF SINCE APRIL 2024 AND HAVE BEEN UNSUCCESSFUL. BASED (**see EXHIBIT MI- 19).**

-2011, FBI and Plaintiff's mortgage company, NationStar (Subsidiary of GMAC Mortgage), setup a "command post" involving the Texas Harris County Constables, setup in front of Plaintiff House, and filed illegal foreclosure on her house. The FBI and mortgage Company took Plaintiff's house, while she was in Iraq and Kuwait, Middle East even though she had made all payments. Mortgage Company settled with Plaintiff for illegally taking her house. They paid her $66,000 for house that as worth $840,000 (**see EXHIBIT MI-20**)

- 24 June 2014, FBI followed Plaintiff to Munich and Illegally implanted 5 deadly devices into Plaintiff's HEAD, including LEFT-EYE, AND RIGHT EAR.

**THE DEVICE IN PLAINTIFF'S EYE ALLOWS THE FBI TO SEE EVERYTHING SHE SEES WITH HER <u>EYES.</u>** FBI followed me to Munich Germany and with the help of a Dermatologist, Dr Stefan Gress, illegally implanted these devices in my head. **(SEE EXHIBIT MI -21) Background, FBI Injustice.**

- **THE SAME IS TRUE WITH THE DEVICE IN HER EAR. THE FBI HEARS EVERYTHING SHE <u>SAYS</u> AND HEARS**

**L). <u>OTHER INJUSTICES AND CONTINUE, TO DATE, ALL BECAUSE PLAINTIFF WOULD NOT GIVE AWAY US ARMY'S SENSITIVE INFORMATION TO FBI</u>**

- Torture Device (18 U.S.C. 2340A) on the left side of Plaintiff's HEAD. Result, 24/7 painful torturing. **(SEE EXHIBIT W, AND BACKGROUND).**

- Deadly gassing (Nerve, and other unknown gasses)

- Defamation of character. Dissemination lies, via cut-and-paste video of Plaintiff's face and voice, and saying that Plaintiff is s child molester, prostitute, liar, crazy, and a terrorist. NONE IS true.

- 2009 while Plaintiff was in Iraq, working for Defense Contractor, KBR, Inc. she was sent back to Texas, and was illegally implanted by Dr. Garland Gossette, physician at St. Joseph Hospital, Houston, TX. And FBI, with a "**TRACKING DEVICE IN MY RIGHT LEG <u>(SEE EXHIBIT 22</u>**

. THE BASIS FOR JUISDICTION – FEDERAL QUESTION

18 U.S.C. § 242, Section is intended to "protect all persons in the United States in their civil rights and furnish the means of their vindication" Screws v. United States, 325 U.S.91., 98 (1945). Most  importantly, the Statute states "whoever, under the color of law…willfully subjects any person… to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States[shall be guilty of a crime]" The US Arm, Air Force Security Forces, and OSI are all "law enforcement "persons" and they area responsibility for openly, and deliberately depriving Plaintiff of multiple rights, including illegal confinement (arrest) without cause. They have defamed, and illegally banned Plaintiff of entry to Federal Facility, opened to Veterans, as she is. Per 18 U.S.C. §242, these military have committed crimes against Plaintiff, without cause. The US Army's Commanders, Colonels Brian Cole and Cheryl Brady, while in Iraq and Kuwait, deprived Plaintiff of employment, by illegally placed her in retirement mode, without her knowledge/permission, and refused to make payment to Plaintiff's legally earned vacation time, and defamed her character. They did, committed crimes against Plaintiff.

UNITED STATES  FEDERAL DISTRICT COURT OF GREENBELT MD

## AMOUNT IN CONTROVERSY

The amount Plaintiff claims the Defendant [will] owe or the amount at stake – is more than

$75,000, not counting interest, costs of court, and punitive and compensatory damages, based on

deprivation of multiple rights against Plaintiff, collectively since 2009 – to date.

## RELIEF

Plaintiff demands Relief for her health damages, car, expenses that occurred because of car

problems, defamation, harassment, not able to work because, and more that will be in the $

millions.

## CERTIFICATION AND CLOSING

Plaintiff do not have the experience needed for "certification and Closing". However, Plaintiff

can only kindly ask the Court to carefully review the degree of changes, most painfully and

hatefully inflicted against a law enforcement agency, who live and exists in an environment that

helps, enforce, protects and defend the laws of this Country and worldwide. Further, the

Military's disciplinary actions that strives in every move they make, for the defense of this

nation, and worldwide is the hallmark of its existence. Plaintiff, at one time experienced this

specialized environment and witnessed, on a daily, the occurrence demonstrated by the US Army

and US Air Force. That was the reason Plaintiff trusted them and at one time swore that she

could never take legal action against them. But, as she recall the hateful, cold and calculation

acts by individuals like Sgt James (US Air Force, JBA, and the female with the OSI (JBA),

Plaintiff was complete shocked and knew she had to take this legal action against them, hoping

that they will never perform these types of hatefulness to another person, active-military, veteran

or any other person, in accordance with 18 U.S.C. §242. Plaintiff bets this Court to have these

UNITED STATES FEDERAL DISTRICT COURT OF GREENBELT MD

agencies compensation, accordingly for the pains and suffering she had and still experiencing at

the hands of those agencies' leadership and others.

DATED: 25 April 2025                                      Respectfully,


                                                         By:
                                                         Dr. Beverley M. Harris
                                                         9134 Piscataway Road,
                                                         Unit 1658
                                                         Clinton, Maryland 20735

**PROOF OF SERVICE**

I, Dr. Beverley M Harris, certified that on __24 April 2025__ (date) Plaintiff provided copy of this Complaint in person, to the Clerk's Office, US Federal District Court, Greenbelt, Maryland, to be given the following parties at the addresses listed below:

➢ US Secretary of Defense, Pete Hegseth, 4000 Defense Pentagon, Washington DC 20301-4000

➢ US Secretary of the US Army, Daniel Driscoll, 111 Army Pentagon, Washington DC 20310-111

➢ US Secretary of the US Air Force, Gary A Ashworth, 1670 Air Force Pentagon, Washington, DC 20330-1670

➢ US Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201., *Kelly Hayes* ℗.

➢ *ATTY General of US. Pam Bondi, 10th and Constitution Ave, NW Wash. DC. 20530*

~~15~~ 25 April 2025                 Respectfully,

By: _____

Dr. Beverley M. Harris
9134 Piscataway, Unit 1658
Clinton, Maryland 20735
Phone: (202) 603-0722 or (914) 546-3135